# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEVEN A. SLASINSKI and KAREN L. SLASINSKI,

        Plaintiffs,

vs

CONFIRMA, INC.,

        Defendant.

Case No. 07-14850
Hon. Denise Page Hood

## DEFENDANT'S PROPOSED VERDICT FORM

We, the jury, answer the questions submitted as follows:

**QUESTION NO. 1:** Do you find Confirma liable to Mr. Slasinski for false imprisonment?

Answer: _____ (yes or no)

If your answer is "yes," go to Question No. 2.

If your answer is "no," do not answer any further questions.

**QUESTION NO. 2:** Was Mr. Slasinski injured by the false imprisonment?

Answer: _____ (yes or no)

If your answer is "yes," go to Question No. 3.

If your answer is "no," do not answer any further questions.

**QUESTION NO. 3:** Were Confirma's actions a proximate cause of the injury claimed by Mr. Slasinski?

Answer: _____ (yes or no)

If your answer is "yes," go to Question No. 4.

If your answer is "no," do not answer any further questions.

795092

**QUESTION NO. 4:** Were Mr. Slasinski's actions also a proximate cause of his own injury?

Answer: _____ (yes or no)

If your answer is "yes," go to Question No.5

If your answer is "no," go to question 6.

**QUESTION NO. 5:**

A. Using 100 percent as the total, enter the percentage of fault attributable to Confirma: _____ percent

B. If you answered "yes" to Question No. 4, then using 100 percentage as the total, enter the percentage of fault attributable to Mr. Slasinski: _____ percent

**QUESTION NO. 6:** If you find that Mr. Slasinski has sustained economic damages in the form of lost wages that were caused by Confirma's false imprisonment, give the total amount of such economic damages:

Answer: $_____.____

If you determined in Question No. 4 that Mr. Slasinski was more than 50 percent at fault, then do not answer any further questions. If you determined in Question No. 4 that Mr. Slasinski was 50 percent or less at fault, then go on to Question No. 7.

**QUESTION NO. 7:** What is the total amount of plaintiff's damages to the present date for pain and suffering?

Answer: $_____.____

**QUESTION NO. 8**

Only answer this question if you entered an amount in answer to either Question No. 6 or Question No. 7. Do you find that Confirma is entitled to setoff the wages it paid Mr. Slasinski while he was working for MEDIAN? If "yes," enter the amount Confirma is entitled to set off.

Answer: $_____

**QUESTION NO. 9:**

Only answer this question if you entered an amount in answer to either Question No. 6 or Question No. 7. Do you find that Mr. Slasinski failed to mitigate his damages? If yes, enter the amount by which Mr. Slasinski's damages must be reduced because of his failure to mitigate his damages.

795092

Answer: $_____

**QUESTION NO. 10:**

Did Mrs. Slasinski suffer the loss of love, companionship and affection of her husband as a result of Confirma's false imprisonment of Mr. Slasinski?

Answer: _____ (yes or no)

If you answered "Yes" above, enter the total amount of damages Mrs. Slasinski incurred as a result of her loss of consortium.

$_____.

**QUESTION NO. 11:**

Only answer this question if you entered an amount in answer to either Question No. 10. Do you find that Mrs. Slasinski failed to mitigate her damages? If yes, enter the amount by which Mrs. Slasinski's damages must be reduced because of her failure to mitigate her damages.

Answer: $_____

795092