UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILED
2009 JAN 15 P 2: 53
U.S. DIST. COURT
EAST DIST. MICH.
DETROIT

STEVEN A. SLASINSKI and
KAREN L. SLASINSKI,

    Plaintiffs,

vs.

CONFIRMA, INC.,

    Defendant.

Case No. 07-14850
Hon. Denise Page Hood

## VERDICT FORM

### COUNT I – FALSE IMPRISONMENT

**QUESTION NO. 1:** Do you find that Plaintiff, Steven Slasinski, was falsely imprisoned by Defendant?

ANSWER: __No__ (Yes or No)

If your answer is "Yes", go to Question No. 2.

If your answer is "No", do not answer any further questions.

**QUESTION NO. 2:** Do you find that Plaintiff, Steven Slasinski, sustained injury or damages as a result of being falsely imprisoned?

ANSWER: _____ (Yes or No)

If your answer is "Yes", go to Question No. 3.

If your answer is "No", do not answer any further questions.

**QUESTION NO. 3:** Enter the total amount of damages to the present and future (less any mitigation and/or set off you find) sustained by Plaintiff, Steven Slasinski.

ANSWER: $_____.___

### COUNT II – LOSS OF CONSORTIUM:

**QUESTION NO. 4:** If you answered "Yes" to Question No. 1, do you find that Plaintiff, Karen Slasinski, suffered injury or damages as result of Confirma's false imprisonment of Plaintiff, Steven Slasinski?

ANSWER: _____ (Yes or No)

If you answered "Yes" above, enter the total amount of damages to the present and future (less any mitigation you find) sustained by Plaintiff, Karen Slasinski.

ANSWER:        $_____.___

_s/ foreperson_
Jury Foreperson

Date: 1/14/09